Civil Action No.: **4:22-CV-40139-LTS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Richard A. Villani, Esq.

was received by me on (date) 02/23/2023.

☑ I personally served the summons on the individual at (place) Milford Town Hall 52 Main St. Milford, MA 01757 on (date) 02/24/2023       ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 45.

I declare under penalty of perjury that this information is true.

02/23/2023
*Date*

*Server's Signature*

Angel L. Santana, Constable
*Printed name and title*

P.O. Box 54 Worcester, MA 01613
*Server's Address*

Additional information regarding attempted service, etc:

Civil Action No.: **4:22-CV-40139-LTS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Amy E. Hennessy Neves, Town Clerk
was received by me on (date) 02/23/2023.

☑ I personally served the summons on the individual at (place) Milford Town Hall 52 Main St Milford, MA 01757 on (date) 02/24/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 45—.

I declare under penalty of perjury that this information is true.

02/23/2023
*Date*

*Angel Santana*
*Server's Signature*

Angel L. Santana, Constable
*Printed name and title*

P.O. Box 54 Worcester MA 01613
*Server's Address*

Additional information regarding attempted service, etc: