UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI,

     Plaintiff,

     v.

TOWN OF MILFORD, FORMER
MILFORD POLICE OFFICERS VINCENT
LIBERTO, JOHN CHIANESE, FORMER
MILFORD POLICE SGT'S ANTHONY
DIGIROLAMO AND DONALD SMALL,
AS WELL AS-YET UNKNOWN POLICE
OFFICERS AND ADDITIONAL AS-YET
UNKNOWN POLICE SUPERVISORS,
HERIN REFERRED TO AS JOHN AND
JANE DOES 1-20,

     Defendants.

C.A. NO. 4:22-cv-40139-MRG

## NOTICE OF APPEARANCE OF JOSEPH H. CAFFREY

TO THE CLERK OF THE ABOVE NAMED COURT:

     Kindly enter my appearance as attorney for the defendants, Town of Milford John Chianese, Anthony Digirolamo, Vincent Liberto and Donald Small, in the above captioned matter.

                           Respectfully submitted,
                           Defendant,
                           Town of Milford et al

                           By Its Attorneys,

                           */s/ Joseph H. Caffrey*

                           Joseph H. Caffrey, BBO #544570
                           jcaffrey@morrisonmahoney.com
                           MORRISON MAHONEY LLP
                           250 Summer Street
                           Boston, MA 02210-1181
                           Phone:   617-439-7500
                           Fax:     617-342-4957

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will

be sent to those indicated as non-registered participants on May 19, 2023

*/s/ Joseph H. Caffrey*

102709272