UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CIFIZZARI, | |
| Plaintiff, | C.A. NO. 4:22-cv-40139-MRG |
| v. | |
| TOWN OF MILFORD, FORMER MILFORD POLICE OFFICERS VINCENT LIBERTO, JOHN CHIANESE, FORMER MILFORD POLICE SGT'S ANTHONY DIGIROLAMO AND DONALD SMALL, AS WELL AS-YET UNKNOWN POLICE OFFICERS AND ADDITIONAL AS-YET UNKNOWN POLICE SUPERVISORS, HERIN REFERRED TO AS JOHN AND JANE DOES 1-20, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF JOSEPH H. CAFFREY

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter my appearance as attorney for the defendants, Town of Milford John Chianese, Anthony Digirolamo, Vincent Liberto and Donald Small, in the above captioned matter.

Respectfully submitted,
Defendant,
Town of Milford et al

By Its Attorneys,

/s/ Joseph H. Caffrey

Joseph H. Caffrey, BBO #544570
jcaffrey@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-342-4957

102709272

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2023

*/s/ Joseph H. Caffrey*
_____