UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI_____
                Plaintiff

        v.                  Civil Action Number 4:22-CV-40139-MRG

TOWN OF MILFORD, ET AL.
                Defendant

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

I hereby withdraw my appearance in this case as counsel for the Town of Milford et al.

                                    Respectfully submitted,

                                    /s/ Brian W. Murray
                                    Brian W. Murray, BBO#544228
                                    bmurray@milfordma.gov
                                    Town of Milford
                                    52 Main Street
                                    Milford, MA 01757
                                    (P) 508-634-2302

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 26, 2023.

/s/ Brian W. Murray___