UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI,

    Plaintiff,

v.

TOWN OF MILFORD, FORMER MILFORD POLICE OFFICERS VINCENT LIBERTO, JOHN CHIANESE, FORMER MILFORD POLICE SGT'S ANTHONY DIGIROLAMO AND DONALD SMALL, AS WELL AS-YET UNKNOWN POLICE OFFICERS AND ADDITIONAL AS-YET UNKNOWN POLICE SUPERVISORS, HERIN REFERRED TO AS JOHN AND JANE DOES 1-20,

    Defendants.

C.A. NO. 4:22-cv-40139-MRG

## SUGGESTION OF DEATH

We, the attorneys of record for the named Defendant, Anthony Digirolamo, in the above-captioned action, do hereby suggest upon the record the death of the named Defendant Anthony Digirolamo ont March 9, 2006. [Please see redacted Death Certificate attached as Exhibit A.]

Respectfully submitted,

Defendant,
Anthony Digirolamo

By His Attorneys,

/s/ Joseph H. Caffrey
William B. Scarpelli, BBO #560034
wscarpelli@morrisonmahoney.com
Joseph H. Caffrey, BBO #544570
jcaffrey@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:     617-342-4957

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 26, 2023

/s/ Joseph H. Caffrey

EXHIBIT A

# The Commonwealth of Massachusetts
## Standard Certificate of Death
### Registry of Vital Records and Statistics

Registered Number: 100070 / 06P0783EF
R-9-06 03/15/06

**(INSTRUCTIONS ON REVERSE SIDE)**
FOR USE BY PHYSICIANS AND MEDICAL EXAMINERS

### DECEDENT

| Field | Value |
|---|---|
| 1. Decedent - Name (First, Middle, Last) | ANTHONY P DIGIROLAMO |
| 2. Sex | M |
| 3. Date of Death (Mo., Day, Yr.) | MAR 9 2006 |
| 4a. Place of Death (City/Town) | MILFORD |
| 4b. County of Death | WORCESTER |
| 4c. Hospital or Other Institution | MILFORD REGIONAL MEDICAL CENTER |
| 5. Place of Death (Check only one) | ☒ DOA |
| 6. Social Security Number | [redacted] |
| 7. If US War Veteran, Specify War | WWII |
| 8a. Was Decedent of Hispanic Origin? | ☒ NO |
| 8b. Race | WHITE |
| 9. Decedent's Education (Highest Grade Completed) | 12 |
| 10a. Age - Last Birthday (Yrs.) | 82 |
| 10d. Date of Birth | [redacted] 1924 |
| 11. Birthplace | MILFORD MA |
| 12. Married, Never Married, Widowed or Divorced | MARRIED |
| 13. Last Spouse (If wife, give maiden name) | MARION STANLEY |
| 14a. Usual Occupation | POLICE OFFICER |
| 14b. Kind of Business or Industry | TOWN OF MILFORD |
| 15a. Residence - No. & St., City/Town, County, State/Country | 6 STALLBROOK RD MILFORD WORCESTER MA |
| 15b. Zip Code | 01757 |
| 16. Father - Full Name | NICODEMO DIGIROLAMO |
| 17. State of Birth | ITALY |
| 18. Mother - Name (Given) (Maiden) | MARIA GUADAGNOLI |
| 19. State of Birth | ITALY |

### INFORMANT

| Field | Value |
|---|---|
| 20. Informant's Name | MARION DIGIROLAMO |
| 21. Mailing Address | 6 STALLBROOK RD MILFORD MA 01757 |
| 22. Relationship | WIFE |

### DISPOSITION

| Field | Value |
|---|---|
| 23. Method of Immediate Disposition | ☒ Burial |
| 24. Funeral Service Licensee or Other Designee | DAVID A CONSIGLI |
| 25. License # | 6088 |
| 26a. Place of Disposition | SACRED HEART CEMETERY |
| 26b. Location | milford ma |
| 27. Date of Disposition | MAR 13 2006 |
| 28a/b. Name and Address of Facility or Other Designee | CONSIGLI RUGGERIO FH 46 WATER ST MILFORD MA |

### CERTIFIER

29 PART I - Cause of Death:
a. [redacted]
b. [redacted]
c. 
d.

PART II - Other significant conditions: (blank)

| Field | Value |
|---|---|
| 31. Was Autopsy Performed? | NO |
| 33. Med. Exam. Notified? | YES |
| 34. Manner of Death | ☒ NATURAL |
| 36a. Signature | Joshua Jarbeau |
| 36b. Date Signed | MARCH 9 2006 |
| 36c. Hour of Death | 6:07 A |
| 38. Name and Address of Certifying Physician | DR. JOSHUA JARBEAU 14 Prospect St Milford MA 01757 |
| 39. License No. of Certifier | 207758 |
| 40a. Was there a Pronouncement Form? | NO |
| 41. Date Burial Permit Issued | March 10, 2006 — Signature: Paul Mazzuchelli, Health Agent |
| 42. Received in the City/Town of | Milford — Clerk's Signature: Asst. Mary E Martin |
| 43. Date of Record | March 13, 2006 |

PERMANENT BLACK INK ONLY
R-301-01

A TRUE COPY OF THE RECORD
ATTEST: Joseph Arcudi
MILFORD TOWN CLERK