UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI,

    Plaintiff,

v.

TOWN OF MILFORD, FORMER MILFORD POLICE OFFICERS VINCENT LIBERTO, JOHN CHIANESE, FORMER MILFORD POLICE SGT'S ANTHONY DIGIROLAMO AND DONALD SMALL, AS WELL AS-YET UNKNOWN POLICE OFFICERS AND ADDITIONAL AS-YET UNKNOWN POLICE SUPERVISORS, HERIN REFERRED TO AS JOHN AND JANE DOES 1-20,

    Defendants.

C.A. NO. 4:22-cv-40139-MRG

## SUGGESTION OF DEATH

We, the attorneys of record for the named Defendant, Donald Small, in the above-captioned action, do hereby suggest upon the record the death of the named Defendant Donald Small on or about November 8, 1994. [Please see Death Certificate attached as Exhibit A.]

102756786

Respectfully submitted,

Defendant,
Donald Small

By His Attorneys,

/s/ Joseph H. Caffrey
William B. Scarpelli, BBO #560034
wscarpelli@morrisonmahoney.com
Joseph H. Caffrey, BBO #544570
jcaffrey@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:       617-342-4957

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 26, 2023

/s/ Joseph H. Caffrey

102756786

EXHIBIT A

# The Commonwealth of Massachusetts
## STANDARD CERTIFICATE OF DEATH
### REGISTRY OF VITAL RECORDS AND STATISTICS

**REGISTERED NUMBER:** 000386

| Field | Value |
|---|---|
| 1. DECEDENT - NAME (First, Middle, Last) | Donald F. Small |
| 2. SEX | M |
| 3. DATE OF DEATH | Nov 8, 1994 |
| 4a. PLACE OF DEATH (City/Town) | Milford |
| 4b. COUNTY OF DEATH | Worcester |
| 4c. HOSPITAL OR OTHER INSTITUTION | Milford Geriatric Authority |
| 5. PLACE OF DEATH | [X] Nursing Home |
| 6. SOCIAL SECURITY NUMBER | [redacted] |
| 7. IF US WAR VETERAN | WW II/Korea |
| 8a. WAS DECEDENT OF HISPANIC ORIGIN? | [X] No |
| 8b. RACE | White |
| 9. DECEDENT'S EDUCATION | 12 |
| 10a. AGE - Last Birthday (Yrs.) | 71 |
| 10b. DATE OF BIRTH | [redacted] 1923 |
| 11. BIRTHPLACE | Milford, Massachusetts |
| 12. MARRIED, NEVER MARRIED, WIDOWED OR DIVORCED | Widowed |
| 13. LAST SPOUSE | M. Claire Fitzpatrick |
| 14a. USUAL OCCUPATION | Policeman |
| 14b. KIND OF BUSINESS OR INDUSTRY | Police Dept. |
| 15a. RESIDENCE | Countryside Drive, Milford, Worcester, Massachusetts |
| 15b. ZIP CODE | 01757 |
| 16. FATHER - FULL NAME | James G. Small |
| 17. STATE OF BIRTH | MA |
| 18. MOTHER - NAME (Given) (Maiden) | Mary A. Birmingham |
| 19. STATE OF BIRTH | MA |
| 20. INFORMANT'S NAME | Atty. Francis X. Small |
| 21. MAILING ADDRESS | 15 Bandy Lane, Milford MA 01757 |
| 22. RELATIONSHIP | Son |
| 23. METHOD OF DISPOSITION | [X] Burial |
| 24. FUNERAL SERVICE LICENSEE | Joseph F. Edwards Jr. |
| 25. LICENSE # | 5725 |
| 26a. PLACE OF DISPOSITION | St. Mary's Cemetery |
| 26b. LOCATION | Milford Massachusetts |
| 27. DATE OF DISPOSITION | Nov 12, 1994 |
| 28. NAME AND ADDRESS OF FACILITY | Edwards Funeral Home 44 Congress St. Milford MA |

**29. PART I** — Cause of death: [redacted]  
Approximate Interval Between Onset and Death: 9 yrs

**PART II** — Other significant conditions: [redacted]

| Field | Value |
|---|---|
| 31. WAS AUTOPSY PERFORMED? | No |
| 32. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | — |
| 33. WAS CASE REFERRED TO M.E.? | No |
| 34. MANNER OF DEATH | [X] Natural |
| 36b. DATE SIGNED | Nov 8, 1994 |
| 36c. HOUR OF DEATH | 11:40 PM |
| 38. NAME AND ADDRESS OF CERTIFYING PHYSICIAN | A.W. Farrell MD, 114 Water St, Milford, MA |
| 39. LICENSE NO. OF CERTIFIER | 29729 |
| 40a. WAS THERE AN R.N. PRONOUNCEMENT? | No |
| 41. DATE BURIAL PERMIT ISSUED | Nov 10, 1994 |
| 43. DATE OF RECORD | Nov 10, 1994 |

A TRUE COPY OF THE RECORD  
ATTEST: [signature]  
MILFORD TOWN CLERK