UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI,

    Plaintiff,

v.

TOWN OF MILFORD, FORMER MILFORD POLICE OFFICERS VINCENT LIBERTO, JOHN CHIANESE, FORMER MILFORD POLICE SGT'S ANTHONY DIGIROLAMO AND DONALD SMALL, AS WELL AS-YET UNKNOWN POLICE OFFICERS AND ADDITIONAL AS-YET UNKNOWN POLICE SUPERVISORS, HERIN REFERRED TO AS JOHN AND JANE DOES 1-20,

    Defendants.

C.A. NO. 4:22-cv-40139-MRG

### SUGGESTION OF DEATH

    We, the attorneys of record for the named Defendant, Vincent Liberto, in the above-captioned action, do hereby suggest upon the record the death of the named Defendant Vincent Liberto on June 7, 2020.  [Please see redacted Death Certificate attached as Exhibit A.]

102756843

Respectfully submitted,

Defendant,
Vincent Liberto

By His Attorneys,

/s/ Joseph H. Caffrey
William B. Scarpelli, BBO #560034
wscarpelli@morrisonmahoney.com
Joseph H. Caffrey, BBO #544570
jcaffrey@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:       617-342-4957

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2023.

 /s/ Joseph H. Caffrey

102756843

# EXHIBIT A

102756843

# CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

## The Commonwealth of Massachusetts

CT 4041648



Commonwealth of Massachusetts
Registry of Vital Records and Statistics
**CERTIFICATE OF DEATH**



| State File # | 2020 034599 |
|---|---|
| Registered # | 120 |

07012019

| Field | Value |
|---|---|
| Place of Death | 12 YARDARM DRIVE, MASHPEE, MA |
| Date of Death | JUNE 07, 2020 |
| Age | 83 YRS |
| Sex | MALE |
| Current Name | LIBERTO, VINCENT WILLIAM |
| Surname at Birth or Adoption | LIBERTO |
| SSN | [redacted] |
| AKA | — |
| Date of Birth | [redacted] 1937 |
| Birthplace | MILFORD, MASSACHUSETTS |
| Residence | 12 YARDARM DRIVE, MASHPEE, MASSACHUSETTS 02649 |
| Race | WHITE |
| Education | MASTER'S DEGREE |
| Marital Status | MARRIED |
| Occupation/Industry | CHIEF OF POLICE/POLICE DEPARTMENT |
| Last Spouse | LIBERTO, ELIZABETH, A (DEPAOLO) |
| Decedent: U.S. Veteran (Most Recent) | NO |
| Parent Name | LIBERTO, ANNE (SAINIO) |
| Birthplace | MAINE |
| Parent Name | LIBERTO, CHARLES (LIBERTO) |
| Birthplace | ITALY |

**Part I. Cause of Death** – Sequentially list immediate cause then antecedent causes then underlying cause

a. Immediate Cause (Final condition resulting in death)
[redacted] — MOS.

b. Due to or as a consequence of:
—

c. Due to or as a consequence of:
—

d. Due to or as a consequence of:
—

**Part II. Other significant conditions contributing to death but not resulting in underlying cause**
—

| Field | Value |
|---|---|
| Manner of Death | NATURAL |
| Time of Death | 09:11 PM |
| Result of Injury | NO |
| Certifier | JORGE A ALFONSO, MD |
| Lic # | 223490 |
| Addr. | 25 COMMUNICATIONS WAY, HYANNIS, MASSACHUSETTS 02601 |
| Funeral Licensee/Designee | JOSEPH F EDWARDS, JR |
| Lic # | 5725 |
| Facility/Addr. | EDWARDS MEMORIAL FUNERAL HOME, INC., MILFORD, MASSACHUSETTS |
| Immediate Disposition | BURIAL |
| Date of Immediate Disposition | JUNE 12, 2020 |
| Place/Address | SACRED HEART CEMETERY, 110 MEDWAY ROAD, MILFORD, MASSACHUSETTS 01757 |
| Date of Record | JUNE 12, 2020 |
| Date of Amendment | — |

*Deborah F Dauu*
CLERK, TOWN OF MASHPEE

**DATE ISSUED: JUNE 17, 2020**

I, the undersigned, hereby certify that I am the Clerk of the Town of Mashpee; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records, as held in the Commonwealth's central vital records information repository.

*Deborah F Dauu*
Clerk
Town of Mashpee

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

R-301 p. 2 of 2                    LIBERTO                              SFN: 2020 034599

MASHPEE 120

MASHPEE

STATE VOL/PG: /

| If U.S. war veteran, specify war/conflict(s) | | | |
|---|---|---|---|
| --- | | | |
| Branch of military (most recent) | | Rank/organization/outfit(most recent) | |
| --- | | --- | |
| Date entered (most recent) | Date Discharged (most recent) | | Service Number(most recent) |
| --- | --- | | --- |

| Place of Death Type **DECEDENT'S RESIDENCE** | | Date of Pronouncement **JUNE 07, 2020** | Time of Pronouncement **09:11 PM** |
|---|---|---|---|
| RN/NP/PA Pronouncement? **YES** | Name of RN/NP/PA Pronouncing Death **MARY ANNE PRESTON, R.N.** | | Lic # **RN172501** |
| RN/NP/PA Employing Agency or Institution **VNA OF CAPE COD - HOSPICE** | | Name of Physician or Medical Examiner notified **JORGE ALFONSO, MD** | |
| Was M.E. Notified? **NO** | Provider in charge of patient's care, if not certifier --- | | |
| Autopsy Performed? **NO** | Findings available for Cause? --- | Tobacco contribute to death? **UNKNOWN** | Pregnancy Status, if female. --- |
| Date of Injury --- | Time of Injury --- | Injury at Work? --- | If Transportation Injury, specify: --- |
| Place of Injury --- | | Location/Address of Injury: --- | |
| Describe How Injury Occurred --- | | | |

Expanded Race: **WHITE**

Ethnicity: **AMERICAN, ITALIAN**

| Informant Name **ELIZABETH A LIBERTO** | Relationship **WIFE** |
|---|---|
| Addr. **12 YARDARM DRIVE, MASHPEE, MASSACHUSETTS 02649** | |

| Date Disposition Permit Issued: **JUNE 11, 2020** | Board of Health Agent | **GLEN E HARRINGTON** |
|---|---|---|
| State Tracking No.   **034599** | Local Permit No. | **120** |



**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND AND EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT.