UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

GARY CIFIZZARI,

    Plaintiff,

    v.

TOWN OF MILFORD, FORMER
MILFORD POLICE OFFICERS VINCENT
LIBERTO, JOHN CHIANESE, FORMER
MILFORD POLICE SGT'S ANTHONY
DIGIROLAMO AND DONALD SMALL,
AS WELL AS-YET UNKNOWN POLICE
OFFICERS AND ADDITIONAL AS-YET
UNKNOWN POLICE SUPERVISORS,
HERIN REFERRED TO AS JOHN AND
JANE DOES 1-20,

    Defendants.

---

C.A. NO. 4:22-cv-40139-MRG

**NOTICE OF APPEARANCE OF WILLIAM B. SCARPELLI**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Kindly enter my appearance as attorney for the defendants, Town of Milford John Chianese, Anthony Digirolamo, Vincent Liberto and Donald Small, in the above captioned matter.

Respectfully submitted,
Defendant,
Town of Milford

By Its Attorneys,

*/s/ William B. Scarpelli*

---

William B. Scarpelli, BBO #560034
wscarpelli@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:     617-342-4957

102709284

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will

be sent to those indicated as non-registered participants on May 19, 2023

*/s/ William B. Scarpelli*

_____

102709284