UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI,

    Plaintiff,

v.

TOWN OF MILFORD, FORMER MILFORD POLICE OFFICERS VINCENT LIBERTO, JOHN CHIANESE, FORMER MILFORD POLICE SGT'S ANTHONY DIGIROLAMO AND DONALD SMALL, AS WELL AS-YET UNKNOWN POLICE OFFICERS AND ADDITIONAL AS-YET UNKNOWN POLICE SUPERVISORS, HERIN REFERRED TO AS JOHN AND JANE DOES 1-20,

    Defendants.

C.A. NO. 4:22-cv-40139-MRG

## NOTICE OF APPEARANCE OF WILLIAM B. SCARPELLI

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter my appearance as attorney for the defendants, Town of Milford John Chianese, Anthony Digirolamo, Vincent Liberto and Donald Small, in the above captioned matter.

Respectfully submitted,
Defendant,
Town of Milford

By Its Attorneys,

/s/ William B. Scarpelli

William B. Scarpelli, BBO #560034
wscarpelli@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:     617-342-4957

102709284

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2023

/s/ *William B. Scarpelli*
_____