UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI,

      Plaintiff,

      v.

TOWN OF MILFORD, FORMER
MILFORD POLICE OFFICERS VINCENT
LIBERTO, JOHN CHIANESE, FORMER
MILFORD POLICE SGT'S ANTHONY
DIGIROLAMO AND DONALD SMALL,
AS WELL AS-YET UNKNOWN POLICE
OFFICERS AND ADDITIONAL AS-YET
UNKNOWN POLICE SUPERVISORS,
HERIN REFERRED TO AS JOHN AND
JANE DOES 1-20,

      Defendants.

C.A. NO. 4:22-cv-40139-MRG

## JOINT SCHEDULING STATEMENT

NOW COME counsel for plaintiff Gary Cifizzari, and counsel for defendants Town of Milford, John Chianese, Anthony Digirolamo, Vincent Liberto and Donald Small, who after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this proposed Joint Scheduling Statement.

**I.      Pre-Discovery Disclosures**

The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A) on or before **August 4, 2023**.

**II.     Discovery Plan**

The Parties jointly propose a phased discovery plan and agree that the scope of discovery in this matter shall conform to the requirements of Fed.R.Civ.P 26(b).

1

A.     <u>12 Months for Discovery</u>:  All fact discovery shall be commenced in time to be completed within 12 months from the date of the Scheduling Conference – **<u>June 21, 2023</u>**.  Unless otherwise noted, the Parties agree to the discovery limitations set forth in LR 26.1(C).

B.     <u>Phase I Discovery</u>:  Phase I discovery is intended to be concluded by **<u>December 31, 2023</u>**.  By this date, the Parties shall exchange and respond to written discovery requests under the applicable Rules and as follows:

   i.     Initial Disclosures shall be served by **<u>August 4, 2023</u>**;

   ii.     Requests for Production of Documents, shall be served on or before **<u>September 1, 2023</u>**;

   iii.     Requests for Admissions shall be served at any time, but no later than **<u>November 30, 2023</u>**;

   iv.     Interrogatories shall be served on or before **<u>September 1, 2023</u>**;

   v.     Rule 45 Notices of Subpoena Duces Tecum to non-party Keeper of the Records may be noticed during all phases of discovery.

   vi.     Depositions of a Party may be noticed by any other Party pursuant to Fed.R.Civ.P. 30 on or after **<u>October 1, 2023</u>**; and,

   vii.     The Parties may notice additional discovery pursuant to the applicable Rules up until the close of discovery, subject to the limits set forth above, but shall attempt to reduce repetitive discovery requests by informal cooperation.

102711384

C.    <u>Phase II Discovery</u>:  Non-Party Depositions:

       i.     Each Party may notice and conduct depositions of no more than ten (10) witnesses, inclusive of the Parties' respective depositions and exclusive of depositions of Keepers of Records;

       ii.    Each deposition of a witness shall not exceed one (1) day, (8 hours of testimony.)

       iii.   Phase II Discovery may be commenced at any time on or after **<u>January 15, 2024</u>**, and shall be concluded on or before **<u>May 31, 2024</u>**.

D.    <u>Phase III Discovery</u>:   The Parties shall engage in expert discovery, including:

       i.     The plaintiff will serve expert disclosures on or before **<u>May 31, 2024</u>**;

       ii.    The defendant will serve expert disclosures on or before **<u>July 16, 2024</u>**;

       iii.   Expert depositions shall be noticed so as to be completed on or before **<u>August 19, 2024</u>**; and,

       iv.   Objections to expert witnesses shall be governed by LR 26.4(A) and LR 16.5(C).

E.    Supplementation under Rule 26(e) is due as necessary throughout the discovery period.

## III.   Motions Schedule

A.    The Parties shall file with the Court all motions pursuant to Fed.R.Civ.P. 12 and 14 on or before **<u>October 16, 2023</u>**.

B.    The Parties shall file with the Court all motions pursuant to Fed.R.Civ.P. 15 on or before **<u>October 16, 2024</u>**.

C.    All dispositive motions must be filed with the Court on or before **<u>October 31, 2024.</u>**

D.     Trial motions, including motions in limine, may be filed no later than 15 days before trial.

E.     For good cause shown, any such motions may be filed after the presumptive deadlines set forth herein.

## IV.     Other Matters

A.     <u>Pre-Trial Matters</u>:

    i.     The Parties shall exchange pre-trial disclosures within two (2) weeks after the Court renders its decision(s) on any outstanding dispositive motion(s);

    ii.     Final lists of witnesses and exhibits under Rule 26(a)(3) must be made by each Party at least thirty (30) days before trial; and,

    iii.     Within fourteen (14) days thereafter, a Party may serve objections to another Party's final lists of witnesses and exhibits as governed by Rule 26(a)(3).

B.     The case should be ready for trial in January of 2025 and, at this time, is expected to take approximately 10 days.

C.     In the event that there is a need for good cause shown to alter or amend these deadlines and/or discovery limitations, the Parties shall attempt in good faith to resolve the issue informally before seeking relief from the Court.  If the Parties are unable to resolve discovery issues informally, they reserve their rights to file the appropriate pleading with the Court seeking relief as governed by the Federal Rules.

D.     Counsel for the parties have discussed the possibility of mediation.  The parties are presently not amenable to mediation, but will reassess during the course of discovery.

102711384

E.     The parties are currently not amenable to the matter being referred to a Magistrate Judge but the parties reserve their right to in the future to grant consent to the matter being referred to a Magistrate Judge for all purposes, including trial, and shall do so in advance of the applicable proceeding at the appropriate time.

F.     The Certification of Counsel pursuant to Local Rule 16.1(D)(3) will be filed by the Parties concurrently herewith.

Respectfully submitted this 14 day of June, 2023.

| | |
|---|---|
| The Plaintiff,<br>GARY CIFIZZARI,<br>By his attorney, | The Defendant,<br>TOWN OF MILFORD, JOHN CHIANESE VINCENT LIBERTO, ANTHONY DIGIROLAMO AND DONALD SMALL,<br>By Their attorneys, |
| /s/ Williams S. Smith<br>William S. Smith, BBO# 635432<br>The Law Office of William S. Smith<br>206 Worcester Road, P.O. Box 585<br>Princeton, MA 01541<br>(774) 317-9287<br>holdenattorney@gmail.com | /s/ Joseph H. Caffrey<br>William B. Scarpelli, BBO# 560034<br>Joseph H. Caffrey, BBO# 544570<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>Telephone: (617) 439-7500<br>wscarpelli@morrisonmahoney.com<br>jcaffrey@morrisonmahoney.com |

102711384

GARY CIFIZZARI,

      Plaintiff,

      v.

TOWN OF MILFORD, FORMER
MILFORD POLICE OFFICERS VINCENT
LIBERTO, JOHN CHIANESE, FORMER
MILFORD POLICE SGT'S ANTHONY
DIGIROLAMO AND DONALD SMALL,
AS WELL AS-YET UNKNOWN POLICE
OFFICERS AND ADDITIONAL AS-YET
UNKNOWN POLICE SUPERVISORS,
HERIN REFERRED TO AS JOHN AND
JANE DOES 1-20,

      Defendants.

C.A. NO. 4:22-cv-40139-MRG

## SCHEDULING ORDER *[PROPOSED]*

**GUZMAN, J.**

      This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1.    **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **August 4, 2023**

2.    **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **October 16, 2023**

3.    **Fact Discovery - Interim Deadlines.**

      a.    All requests for production of documents and interrogatories must be served by **September 1, 2023**

      b.    All requests for admission must be served by **November 30, 2023**

       c.        All depositions, other than expert depositions, must be completed by **May 1, 2024**

**4.**      **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by **May 31, 2024**

**5.**      **Status Conference.** A status conference will be held on _____

**6.**      **Expert Discovery.**

       **a.**      Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by **May 31, 2024**.

       b.      Plaintiff(s)' trial experts must be deposed by **August 19, 2024**.

       c.      Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **July 16, 2024**.

       d.      Defendant(s)' trial experts must be deposed by **August 19, 2024**.

**7.**      **Dispositive Motions.**

       a.      Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **October 31, 2024**.

       b.      Oppositions to dispositive motions must be filed within 21 days after service of the motion.

**8.**      **Initial Pretrial Conference.** An initial pretrial conference will be held on _____at____a.m./p.m. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

       c.      Oppositions to dispositive motions must be filed within 21 days after service of the motion.

**8.**      **Initial Pretrial Conference.** An initial pretrial conference will be held on _____at_____a.m./p.m. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

## Procedural Provisions

1.    **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2.    **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3.    **Reply Memoranda.** Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply does not exceed five (5) pages.