UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GARY CIFIZZARI,

    Plaintiff,

v.

TOWN OF MILFORD, FORMER MILFORD POLICE OFFICERS VINCENT LIBERTO, JOHN CHIANESE, FORMER MILFORD POLICE SGT'S ANTHONY DIGIROLAMO AND DONALD SMALL, AS WELL AS-YET UNKNOWN POLICE OFFICERS AND ADDITIONAL AS-YET UNKNOWN POLICE SUPERVISORS, HERIN REFERRED TO AS JOHN AND JANE DOES 1-20,

    Defendants.

C.A. NO. 4:22-cv-40139-MRG

## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Counsel of record for the defendant, Town of Milford, hereby certifies that he has conferred with the defendant Town of Milford, regarding (1) establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and (b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pains and penalties of perjury:

By: _____
Town of Milford
By its Town Administrator
Richard A. Villani, Esq.

By: _____
Counsel for Town of Milford
Joseph H. Caffrey, Esq.

102801074

By: _____
Travelers Insurance Company
By Dennis S. Williams
AVP Claim Professional.

Respectfully submitted,

Defendant,
Town of Milford

By Its Attorneys,

/s/ Joseph H. Caffrey
William B. Scarpelli, BBO #560034
wscarpelli@morrisonmahoney.com
Joseph H. Caffrey, BBO #544570
jcaffrey@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-342-4957

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2023.

/s/ Joseph H. Caffrey

2

102801074