UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

GARY CIFIZZARI,

    Plaintiff,

v.

TOWN OF MILFORD, FORMER MILFORD POLICE OFFICERS VINCENT LIBERTO, JOHN CHIANESE, FORMER MILFORD POLICE SGT'S ANTHONY DIGIROLAMO AND DONALD SMALL, AS WELL AS-YET UNKNOWN POLICE OFFICERS AND ADDITIONAL AS-YET UNKNOWN POLICE SUPERVISORS, HERIN REFERRED TO AS JOHN AND JANE DOES 1-20,

    Defendants.

C.A. NO. 4:22-cv-40139-MRG

---

## CERTIFICATION OF PLAINTIFF PURSUANT TO L.R. 16.1(D)(3)

Counsel for the Plaintiff, Gary Cifizzari, hereby certifies that he has conferred with the Plaintiff and his Conservator appointed by the Probate Court under the provisions of Massachusetts General Law c. 190B, regarding (1) establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and (b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pains and penalties of perjury this day- June 19, 2023.

*Rachal St, conservator*

Rachael Stanton, Conservator for Gary Cifizzari

Signed under the pains and penalties of Perjury 6/19/23:

*[signature]*

_____

William S. Smith



Respectfully submitted,

Plaintiff,

Gary Cifizzari,

By His Attorney,



*[signature]*

_____

William S. Smith, Esq.

THE LAW OFFICE OF WILLIAM S. SMITH

206 Worcester Road, PO Box 585

Princeton, MA  01541

Office: (774) 317-9287

Fax: (508) 267-0500

holdenattorney@gmail.com

BBO #:   635432

Dated:  6/19/23

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 19, 2023.        /s/ William S. Smith