UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GARY CIFIZZARI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 4:22-CV-40139-MRG |
| TOWN OF MILFORD, ET AL., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**WORCESTER DISTRICT ATTORNEY'S OFFICE STATUS REPORT ON
THE PLAINTIFF'S MOTION TO COMPEL**

Now comes the Worcester District Attorney's Office (WDAO), and hereby respectfully provides this Court with a status report regarding the plaintiff's motion to compel.

1. On August 17, 2023, the plaintiff served a subpoena on the WDAO seeking documents relating to the prosecution of the plaintiff and his brother.

2. On January 22, 2024, the WDAO produced certain responsive documents and a privilege log.

3. On March 6, 2024, the parties deposed former Worcester Assistant District Attorney Lawrence Murphy.

4. On March 6, 2024, the plaintiff and counsel for the WDAO conferred concerning the WDAO's production.

5. On April 10, 2024, counsel for the WDAO sent the plaintiff's counsel a revised privilege log.

6. On April 16, 2024, the plaintiff filed a motion to compel. *See* Docket at 74.

7. On April 18, the WDAO filed an assented-to motion for an extension of time to respond to the motion to compel. *See* Docket at 77.

8. On April 19, this Court (Guzman, J.) allowed the motion for an extension of time and referred the motion to compel to Magistrate Judge David H. Hennessey. *See* Docket at 79, 80.

9. After reviewing the motion, counsel for the WDAO called the plaintiff's counsel to discuss the contents of the motion and to try to further narrow the scope of the documents in contention. The parties agreed to work together to try to resolve those issues.

10. On May 2, 2024, the plaintiff and the WDAO filed a joint motion to stay action on the plaintiff's motion to compel until June 28, 2024. *See* Docket at 83.

11. On May 10, 2024, this Court (Hennessy, USMJ) entered an order granting the joint motion to stay action on the plaintiff's motion to compel until June 28, 2024. *See* Docket at 85.

12. On Tuesday, June 4, 2024, counsel for the plaintiff and the WDAO had a telephone call to review the disputed materials. Counsel for the WDAO agreed to turn over additional items and counsel for the plaintiff withdrew his request for certain items.

13. On June 26, 2024, counsel for the WDAO provided the parties with additional materials that previously had been withheld and offered a description of, or explanation for, any documents that the WDAO was continuing to withhold. A privilege log setting forth additional disclosures, the documents being withheld, and the basis for withholding them is attached hereto as Exhibit A.

14. The plaintiff and the WDAO are unable to reach an agreement on the items listed in Exhibit B because the materials contain attorney work product or grand jury minutes and are being withheld.  *See Starkey v. Birritteri*, Civil Action No. 12-10988, 2013 WL 3984599 (D. Mass. Aug. 12, 2013) (unpublished); *see also Douglas Oil Co. of California v. Petrol Stops Northwest*, 441 U.S. 211, 222 (1979).

15. On July 2, 2024, this Court (Hennessy, USMJ) scheduled a hearing on the plaintiff's motion to compel for Thursday, July 11, 2024.

16. Undersigned counsel was out of the office on vacation from July 1 through July 5, 2024.

17. On July 8, 2024, plaintiff's counsel indicated that he does not intend to file a revised motion to compel, to reflect that additional production that the WDAO has made.  Undersigned counsel respectfully requests this Court allow her until July 18, 2024 to oppose the Plaintiff's Motion to Compel Compliance with Subpoena (Docket at 74) before taking action on the motion.

Respectfully submitted,

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2824
BBO # 635431

Dated:  July 9, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 18, 2024, Mark Loevy Reyes at mark@loevy.com; William Scarpelli at wscarpelli@morrisonmahoney.com; and Joseph Caffrey at jcaffrey@morrisonmahoney.com.

                                            /s/ Eva M. Badway
                                            Eva M. Badway