**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GARY CIFIZZARI, ) | |
| ) | NO. 4:22-cv-40139-MRG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TOWN OF MILFORD, et al. ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. | |

**NOTICE OF APPEAL**

    Plaintiff Gary Cifizzari, by his undersigned attorneys, appeals to the United States Court of Appeals for the First Circuit from the order entered on July 9, 2025 (ECF No. 141), granting summary judgment to Defendants Town of Milford, Vincent Liberto, John Chianese, Anthon DiGirolamo, and Donald Small. Plaintiff appeals all rulings and orders made appealable by the District Court's entry of judgment on July 9, 2025. (ECF No. 142).

                                                        **RESPECTFULLY SUBMITTED,**

                                                        **GARY CIFIZZARI**

                          By:    /s/ Mark Loevy-Reyes
                                 *One of Plaintiff's Attorneys*

Attorneys for Plaintiff
Mark Loevy-Reyes, BBO No. 707974
Loevy & Loevy
398 Columbus Avenue, #294
Boston, MA 02116
P: (312) 243-5900
F: (312) 243-5902
mark@loevy.com

William S. Smith, Esq.
THE LAW OFFICE OF WILLIAM S. SMITH
206 Worcester Road
P.O. Box 585
Princeton, MA 01541
P: (774) 317-9287

### CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on July 14, 2025, I filed the foregoing PLAINTIFF'S NOTICE OF APPEAL using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*